**FILED
SCRANTON**

SEP 27 2011

Per__________
DEPUTY CLERK



U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

| | | |
|---|---|---|
| Postage | $ | $5.10 |
| Certified Fee | | $2.85 |
| Return Receipt Fee (Endorsement Required) | | $2.30 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $10.25 |

Sent To: STEPHEN MITCHELL AM-2740
Street, Apt. No.; or PO Box No.: SCI-SMITHFIELD
City, State, ZIP+4: HUNTINGDON, PA 16652

PS Form 3800, August 2006    See Reverse for Instructions